FILED

2006 FEB 27 PM 2:20

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Suzanne Lee, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NUMBER: _____ |
| ) | |
| BellSouth Telecommunications, Inc. ) | |
| ) | |
| Defendant. ) | CV-06-P-0380-S |

## COMPLAINT

1.  Plaintiff, an employee of BellSouth Telecommunications, Inc. has a contract entitling her to disability benefits governed by the Employee Retirement Income Security Act of 1974 (ERISA).

2.  Broadspire, defendant's claims adjuster, denied plaintiff's Short Term Disability Plan benefits.

3.  This court has jurisdiction under 28 U.S.C. §1331 as a federal question because the cause of action is founded on 29 U.S.C. §1132.

## COUNT I

4.  BellSouth arbitrarily and capriciously denied plaintiff benefits under the terms of the Short Term Disability Plan.

5.  Plaintiff is disabled within the definition of the BellSouth Short Term Disability Plan.

6.  The heightened arbitrary and capricious standard of review applies.

7.  Plaintiff exhausted the administrative remedies under the plan.

8.  Plaintiff is excused from exhaustion of plan remedies under these circumstances.

WHEREFORE, plaintiff demands judgement for all plan benefits, interest, costs of court, and attorney fees as permitted by 29 U.S.C. §1132.

## COUNT II

9. Plaintiff became entitled to Long Term Disability Plan (LTD Plan) benefits during the time Broadspire was reviewing plaintiff's STD Plan claim.

10. Plaintiff is disabled within the definition of the LTD Plan.

11. The court may excuse exhaustion of administrative remedies on the grounds that exhaustion would have been futile. Exhaustion of administrative remedies would have been futile because the LTD Plan requires that a beneficiary receive all 52 weeks of Short Term Disability benefits. Even had Broadspire determined that Lee was disabled, benefits would be refused because Broadspire (wrongfully) denied the STD Plan claim. Consequently, Broadspire does not proceed with LTD claims unless a beneficiary is approaching using up 52 weeks of STD Plan benefits.

12. Plaintiff claims benefits due under the plan, interest, attorney fees, and any other remedy permitted by 29 U.S.C. §1331.

## CONCLUSION

WHEREFORE, plaintiff claims plan benefits, interest, attorney fees, back pay, front pay, damages, and any legal or equitable relief plaintiff is entitled to. Plaintiff demands an injunction prohibiting BellSouth from terminating plaintiff's employment, instructing BellSouth to reinstate plaintiff as an active employee if she has been terminated, continuing to provide health insurance coverage and all other employee benefits, and to permit her appeal of her disability claim to proceed without further threats or interference and further to award attorney's fees, costs of court, and any other legal or equitable relief to which she may be entitled.

_____
Kenneth Lee Cleveland
Attorney for Suzanne Lee

**Cleveland & Cleveland, P.C.**
2330 Highland Avenue South
Birmingham, Alabama 35205
(205) 322-1811
(205) 322-1848 (fax)
E-mail: Clevelandatty@hotmail.com


Serve Defendant At:

BellSouth Telecommunications, Inc.
3196 Highway 280 South
Room 304-N
Birmingham, Alabama 35243