FILED
2009 Jul-31  PM 03:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SUZANNE LEE,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| v. } | **Case No.: 2:06-CV-380-RDP** |
| } | |
| **BELLSOUTH** } | |
| **TELECOMMUNICATIONS, INC.,** } | |
| } | |
| **Defendant.** } | |

## ORDER

This matter is before this court upon remand from the Eleventh Circuit. In its opinion, the Eleventh Circuit instructed this court to determine whether (1) Plaintiff is entitled to SD Plan Benefits from July 19, 2005 through January 26, 2006, and (2) Plaintiff is entitled to LD Plan benefits beginning on January 26, 2006.

The court and the parties agree that remand of Plaintiff's claim for LD Plan benefits to the administrator for further review is appropriate.

After careful review of the record and argument from counsel at the Scheduling Conference on July 13, 2009, the court finds that Plaintiff is entitled to SD Plan Benefits from July 19, 2005 through January 26, 2006. It is hereby **ORDERED, ADJUDGED, AND DECREED** that final judgment be entered in favor of Plaintiff on her claim for SD benefits for the period July 19, 2005 through January 26, 2006.

Plaintiff has thirty-five (35) days from the date of this order to file a petition for attorneys fees on this claim.

By agreement of the parties, Plaintiff's claim for LD Plan Benefits is **REMANDED** to the claims administrator for a determination on that claim.

**DONE** and **ORDERED** this ____31st____ day of July, 2009.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE